HERBERT GUNTER, Respondent, v. YVONNE GUNTER, Appellant.

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.

CHARLES LIEBOWITZ, Appellant, v. HENRY TOOMER, Respondent. —

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.